# UNITED STATES DISTRICT COURT

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

### for the

_____Western_____ District of _____Virginia_____

MAR - 3 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jamel Faulkner | ) Case No: 4:02CR70030-001; 4:03CR3... |
| | ) USM No: 09493-084 |
| Date of Previous Judgment: April 21, 2004 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | _____ | Amended Offense Level: | _____ |
| Criminal History Category: | _____ | Criminal History Category: | _____ |
| Previous Guideline Range: | _____ to _____ months | Amended Guideline Range: | _____ to _____ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Defendant is ineligible for a reduction in sentence because in one case he was already sentenced to the statutory minimum (4:02CR70030-001) and the second case involved more than 4.5 kilograms of cocaine base (4:02CR30099-003).

Except as provided above, all provisions of the judgment dated _____4/21/2004_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: **3/3/08**

Judge's signature

Effective Date: 3/3/08
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title