CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 18 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:02CR70030-1; 4:03CR30099-3 |
| JAMEL FAULKNER ) | USM No: 09493-084 |
| Date of Previous Judgment: 05/09/2011 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: _____  Amended Offense Level: _____
Criminal History Category: _____  Criminal History Category: _____
Previous Guideline Range: \_\_ to \_\_ months  Amended Guideline Range: \_\_ to \_\_ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS
As to 4:02CR70030-1, the range of 240 months (statutory minimum) is not reduced. As to 4:03CR30099-1, the amount of cocaine base (6.5 kilos) produces a lower base offense level; however, Defendant's guideline range remains 360 months to life. Therefore, a reduction would not result in a reduced sentence.

Except as provided above, all provisions of the judgment dated  05/09/2011  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10-18-11

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*